### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Maria Del Carmen Gomez Reyes, and Antonio
Encarnacion Rosas, individually and on behalf of other
employees similarly situated, Plaintiffs

v.

Abhiruchi Snacks, Inc. and Sudha Kotapatti,
individually, Defendants

Case No. 1:16-cv-11731
Judge: Hon. Charles R. Norgle

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, without prejudice,

with each party incurring its own attorneys' fees and costs. On September 15, 2017, absent a

motion by either party to reinstate, the dismissal of this matter shall convert automatically to a

dismissal with prejudice.

Respectfully submitted on Wednesday, August 09, 2017.

| | |
|---|---|
| /s/ Valentin T. Narvaez | /s/ William P. Boznos |
| Plaintiffs' counsel | Defendants' counsel |
| Consumer Law Group, LLC | Boznos Law, P.C. |
| 6232 N. Pulaski, Suite 200 | 1700 Park St, Suite 203 |
| Chicago, IL  60646 | Naperville, IL 60563 |